**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ED LEE,

                Plaintiff,

vs.                                  Case No.: 4:07-cv-332 SPM/WCS

TALLAHASSEE PRIMARY
CARE ASSOCIATES P A,

                Defendant.
_____/

**<u>ORDER DISMISSING CASE</u>**

THIS CAUSE comes before the Court upon the "Amended Mediation Report" (doc. 31), which advises that the parties have resolved all issues in this case.  Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

ORDERED AND ADJUDGED that this case is ***<u>dismissed</u>*** and all pending motions are denied as moot.  This Court retains jurisdiction for a period of sixty (60) days during which time any party may move to reopen the case for good cause shown.

DONE AND ORDERED this <u>twenty-seventh</u> day of June, 2008.


_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge